UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL DAVID TYLER,                    No. 13-10399

       Plaintiff,                    District Judge Avern Cohn

v.                                      Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

**ORDER**

The Commissioner's motion to extend time for filing Response and Motion for Summary Judgment [Doc. #14] is hereby GRANTED.

The Commissioner shall file a Motion for Summary Judgment and a Response to the Plaintiff's Motion for Summary Judgment on or before October 20, 2013.

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED.


Dated: September 27, 2013           s/R. Steven Whalen
                                    R. STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on September 27, 2013, electronically and/or by U.S. Mail.

                                    s/Michael Williams
                                    Case Manager to the
                                    Honorable to R. Steven Whalen